UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DARRYL ROBINSON, et al.                                              :
*individually and on behalf of others similarly situated*,           :
:                          16-CV-6152 (VSB)
                      Plaintiffs,       :
:                               ORDER
        -v-                                                    :
:
TOP OF THE LINE BROOKLYN, INC., et al.,                             :
:
                      Defendants.      :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2017

VERNON S. BRODERICK, United States District Judge:

       Counsel for Defendants Top of the Line Brooklyn and Michael Ayngorn, Mr. Stephen D. Hans's motion to withdraw, (Doc. 42), is hereby GRANTED. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Defendants at 1149 Utica Avenue, Brooklyn, New York 11203. The corporate defendants are again reminded that they are at risk of default if they fail to retain to new counsel.

       SO ORDERED.

Dated:    April 12, 2017
           New York, New York

                                                Vernon S. Broderick
                                                United States District Judge