Job #: 164504

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Attorney: MIRER MAZZOCCHI SCHALET & JULIEN PLLC PH: (212) 231-2235
Address: 150 BROADWAY NEW YORK, NEW YORK 10038

| DARRYL ROBINSON, DERICK PENN, TERRANCE ALLEN AND PATRICK LAURENT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED<br><br>vs<br><br>MICHAEL AYNGORN a/k/a MICHAEL AIINGORN<br><br>Plaintiff<br><br>Defendant | Index Number: 16-cv-06152 -(VSB)(AJP)<br><br>Date Filed:<br><br>Client's File No.:<br><br>Court Date: |
|---|---|

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
SCHADRAC LAGUERRE, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/21/2018**, at **3:35 PM** at: **2163 E 24th STREET, BROOKLYN, NY 11229** Deponent served the within **Amended Summons in A Civil Action, Plaintiff' Second Amended Class & Collective Action Complaint and Jury Trial Demanded, SDNY CM/ECF Docket Orders with Conference Dates,, Plaintiff' Rule 26 (a)(1) Plaintiffs' Rule 26 (a)(1) Initial Disclosure Statement, Plaintiffs' Response to Defendants' First Request For Interrogatories, Plaintiffs' First Combined Discovery Demands and subpoena For Bank of America, JP Morgan Chase Bank and TD Ameritrade, Inc.**

On: **MICHAEL AYNGORN a/k/a MICHAEL AIIGORN**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Refused Name (Co-Tennant) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be  thereof.

☒ **#5 MAILING**
On 04/25/2018, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business, **2163 E 24th STREET, BROOKLYN, NY 11229** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Gray    Glasses:
Age: 51-65    Height: 5ft 4in - 5ft 8in    Weight: 131-160 Lbs.    Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 04/25/2018

JAY BRODSKY
Notary Public State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2019

SCHADRAC LAGUERRE
2026030-DCA

ABC Process Serving Bureau Inc., 225 Broadway, Suite 2950, New York, NY 10007