UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DARRYL ROBINSON, et al.,

                    **Plaintiffs,**

      -against-

**TOP OF THE LINE BROOKLYN, INC., et al.,**

                    **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2018

16-CV-6152 (VSB)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

      The parties move to extend the fact discovery deadline to collect documents from and depose *pro se* defendant Michael Ayngorn, to coordinate the deposition of *pro se* plaintiff Derrick Penn, to reschedule the deposition of plaintiff Patrick Laurent due to plaintiff counsel's family emergency, and to reschedule the deposition of defendant Manny Shurka due to a recently imposed conflict.

      The Court finds that an extension is unnecessary. The parties have ample time within the current discovery period to take discovery from Ayngorn and Penn. To the extent that either Ayngorn or Penn want additional time to respond to the amended complaint or to prosecute the case, respectively, they may so apply on their own. Similarly, if Ayngorn or Penn fail to respond to discovery demands, the parties may seek appropriate relief. There is also more than sufficient time within the discovery window to reschedule the depositions of Laurent and Shurka. The parties are ORDERED to meet and confer to determine a new schedule for the deposition of those Laurent and Shurka and submit it to the Court by Monday, May 12, 2018.

      The parties' motion to extend the discovery deadline is DENIED.

The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 84.

The parties are ORDERED to serve this order on Ayngorn and Penn at their last available address.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 8, 2018
         New York, New York